IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| QUIROZ KENNEDI SANCHEZ, G40556, | ) | |
| Petitioner, | ) ) | No. C 11-0688 CRB (PR) |
| vs | ) ) | ORDER OF DISMISSAL |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) | (Docket # 4) |
| Respondent(s). | ) ) | |

      Petitioner, an alien and state prisoner in the custody of the California Department of Corrections and Rehabilitation, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241 seeking waiver and/or cancellation of federal removal proceedings expected to commence after he is released from state custody in March 2013. Petitioner also seeks leave to proceed in forma pauperis (docket # 4), which, based on his affidavit of poverty, is granted.

      Unfortunately for petitioner, it is well-established that a hold or detainer alone does not sufficiently place an alien in federal custody to make habeas corpus relief available under § 2241. See Garcia v. Taylor, 40 F.3d 299, 303 (9th Cir. 1994). Petitioner must be in federal custody before he can challenge federal removal proceedings under § 2241.

For the foregoing reasons, the petition for a writ of habeas corpus under § 2241 is DISMISSED. The clerk shall enter judgment in favor of respondent and close the file.

SO ORDERED.

DATED: March 31, 2011

CHARLES R. BREYER
United States District judge

G:\PRO-SE\CRB\OTHER.11\Sanchez, Q1.dismissal.wpd

2